No. 12–5196. LAW *v.* SIEGEL, CHAPTER 7 TRUSTEE. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 12–5896. QUARTERMAN *v.* CULLUM. Ct. App. Ga. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 807] denied.

No. 12–6522. EDWARDS ET UX. *v.* EDMONDSON, TRUSTEE OF THE JEWELL EDMONDSON TESTAMENTARY TRUST. C. A. 8th Cir.;
No. 12–6842. CLOKE *v.* ADAMS ET AL. C. A. 6th Cir.; and
No. 12–6972. BATISTA *v.* UNITED STATES. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 26, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 12–7151. IN RE VARGAS-LOMBANA. Petition for writ of habeas corpus denied.

No. 12–7042. IN RE DOYLE; and
No. 12–7112. IN RE DANIELS. Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of habeas corpus dismissed. See this Court's Rule 39.8. As petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioners unless the docketing fee required by Rule 38(a) is paid and the petitions are submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–5911. IN RE BRASURE;
No. 12–6483. IN RE SMITH;
No. 12–6506. IN RE BROWN; and
No. 12–6561. IN RE SHELTON. Petitions for writs of mandamus denied.

No. 11–1324. VILLALON *v.* INDIANA. Ct. App. Ind. Certiorari denied.